UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   v.<br><br>David Romo,<br><br>                Defendant. | No. 2:11-cr-00209-KJM |
| United States of America,<br><br>                Plaintiff,<br><br>   v.<br><br>David Romo,<br><br>                Debtor.<br><br>Wells Fargo Bank, N.A.<br>(and its Successors and Assignees)<br><br>                Garnishee. | No. 2:22-mc-00261-KJM-JDP<br><br>RELATED CASE ORDER |

       The United States has filed a notice of related cases in these actions. The court has examined both files and finds the cases are related within the meaning of Local Rule 123(a). In

the miscellaneous case, the United States seeks to enforce the restitution order imposed against David Romo in the criminal case. Assignment of these cases to the same District Judge and Magistrate Judge will avoid a duplication of efforts. The actions above are thus related, and both actions above will thus remain assigned to Chief Judge Kimberly J. Mueller. Case No. 22-261 will remain assigned to Magistrate Judge Jeremy D. Peterson.

The parties are reminded that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions.

IT IS SO ORDERED.

DATED: November 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE