IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROMO,<br><br>Debtor. | Case No. 2:22-mc-00261-KJM-JDP<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:11-cr-00209-KJM-JDP |
| WELLS FARGO BANK, N.A.,<br><br>Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on August 30, 2022, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT        1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:    August 10, 2023                                                                    
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE